BIBBER–WHITE CO. v. WHITE RIVER VAL. ELECTRIC R. CO. et al. (Circuit Court of Appeals, Second Circuit. November 18, 1901.) No. 35. Appeal from the Circuit Court of the United States for the District of Vermont. G. B. Mumford, for the motion. W. B. C. Stickney, opposed. Before WALLACE and LACOMBE, Circuit Judges, and TOWNSEND, District Judge.

PER CURIAM. After hearing counsel upon motion to remand record herein to circuit court, it is ordered that said record is remitted, with leave to the circuit court to amend or correct the same by inserting therein any petition, reports, documents, or other evidence which was before the court and

considered by it in granting the original order (111 Fed. 36) from which the appeal herein has been taken, or in entertaining the motion to amend the same.